1   PHILLIP A. TALBERT
    United States Attorney
2   ROSS PEARSON
    KEVIN C. KHASIGIAN
3   Assistant U. S. Attorneys
    501 I Street, Suite 10-100
4   Sacramento, CA  95814
    Telephone: (916) 554-2700
5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                  2:23-CR-00314-DAD

12                        Plaintiff,
                                               PRELIMINARY ORDER OF
13        v.                                   FORFEITURE

14  RAMON ROBLEDO GARCIA,

15                        Defendant.

16

17        Based upon the plea agreement entered into between the United States of America and defendant

18  Ramon Robledo Garcia, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

19        1.      Pursuant to 18 U.S.C. § 982(a)(1) and Federal Rule of Criminal Procedure 32.2(b)(1),

20  defendant Ramon Robledo Garcia's interest in the following property shall be condemned and forfeited

21  to the United States of America, to be disposed of according to law:

22              a.      Real property located at 301 E. Pine Street, Lodi, California, San Joaquin County,
                        APN: 043-075-160-000, and
23              b.      A personal money judgment in the amount of $333,571.18.

24        2.      The real property located at 301 E. Pine Street, Lodi, California is forfeitable to the

25  United States as property that facilitated violations of 18 U.S.C. § 1956(h), and the $333,571.18

26  personal money judgment represents property that either facilitated violations of 18 U.S.C. § 1956(h) or

27  is traceable to property that facilitated violations of 18 U.S.C. § 1956(h).

28        3.      The sum of $150,000.00 shall be forfeited in lieu of forfeiting the real property located at

                                               1
                                                                       Preliminary Order of Forfeiture

301 E. Pine Street in Lodi, California.  Payment should be made in the form of a cashier's check made payable to the Department of the Treasury and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the $150,000.00 sub *res* shall be seized and held by the Internal Revenue Service-Criminal Investigation, in its secure custody and control.

4.     If the sub *res* of $150,000.00 is not paid by sentencing, the Internal Revenue Service-Criminal Investigation shall be authorized to sell the real property located at 301 E. Pine Street in Lodi, California, in the most commercially feasible manner, as soon as reasonably possible, for the maximum price.  The United States shall receive through escrow the net proceeds up to $150,000.00, less payments for costs of the selling of the property, legitimate liens, taxes, and any repairs.  The defendant shall receive all remaining amounts after payment of costs of sale, legitimate liens, taxes, and repairs or costs incurred by the Internal Revenue Service-Criminal Investigation.  The defendant shall maintain the real property in the good condition and repair until he has paid the $150,000.00 sub *res*.

5.     The $333,571.18 personal forfeiture money judgment shall be satisfied by two checks from bank accounts formerly under defendant's control, specifically: (a) Bank of Stockton Official Check No. 4411461 in the amount of $231,257.77 payable to El Rinconcito Inc., and all funds held on deposit at Bank of Stockton associated to the issuance of this unnegotiated check from account 1215029560; and (b) Bank of Stockton Official Check No. 4411460 in the amount of $102,313.41 payable to El Rinconcito Inc., and all funds held on deposit at Bank of Stockton associated to the issuance of this unnegotiated check from account 1215045533.

6.     The above-described checks shall be given over to the Internal Revenue Service-Criminal Investigation, held in its secure custody and control, and will be used to satisfy the $333,571.18 personal forfeiture money judgment described above.  Defendant agrees that the Internal Revenue Service-Criminal Investigation may take any actions required to negotiate the checks to allow the IRS-CI to deposit the forfeited funds in its government suspense account.

7.     Pursuant to Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to seize the above-listed property.  The aforementioned property shall be seized and held by the Internal Revenue Service-Criminal Investigation, in its secure custody and control.

Preliminary Order of Forfeiture

8.    a.    Pursuant to 18 U.S.C. § 982(b)(1), incorporated by 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b.    This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

9.    If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 982(a)(1) and Federal Rule of Criminal Procedure 32.2(b)(1), in which all interests will be addressed.

IT IS SO ORDERED.

Dated:   **April 30, 2024**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

Preliminary Order of Forfeiture