Bird & Van Dyke, Inc.
A Professional Law Corporation
David S. Van Dyke, CABN 154402
Mary Ann F. Bird, CABN 206770
2111 W. March Lane
Suite B300
Stockton, CA 95207
Telephone     209.414.3266
Facsimile     209.414.3268
Attorneys for Defendant RAMON ROBLEDO GARCIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAMON ROBLEDO GARCIA,<br><br>Defendant. | Case No.: 2:23-CR-000314-DAD<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING HEARING |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, and Defendant Ramon Robledo Garcia, by and through her counsel of record, hereby stipulate as follows:

1. On January 23, 2024, Defendant pled guilty to the sole count of the Information and the matter was referred to the Probation Office for preparation of a probation investigation report.

2. The matter is presently set for judgment and sentencing on June 4, 2024.

3. Defense notified the Government of the need for additional time to gather, analyze and present information relevant to the Court's consideration of the 18 U.S.C. 3553(a) factors before the imposition of sentence. Having considered defense counsel's request, the

STIPULATION AND ORDER - CONTINUANCE
PAGE: 1

Government has no opposition to the requested date. Similarly, Probation Officer Miranda Lewis of US Probation also has no opposition to this request.

4. Therefore, by this stipulation, Defense respectfully requests that this Court continue the date for judgment and sentencing hearing until September 17, 2024.

5. Defense also kindly requests that all dates pertinent to the preparation of the Presentence Investigation Report be adjusted accordingly to reflect the new sentencing date of September 17, 2024, as follows:

   a. Judgment and Sentencing:                                    September 17, 2024

   b. Reply, or Statement of Non-Opposition:                      September 10, 2024

   c. Formal Objections to the Presentence Report
      shall be filed with the Court and served on the Probation
      Officer and Opposing Counsel no later than:                 September 3, 2024

   d. Final Presentence Report                                    August 27, 2024

   e. Counsel's informal written objections shall be
      delivered to the Probation Officer and Opposing Counsel
      no later than:                                              August 20, 2024

   f. Draft Presentence Report shall be disclosed to counsel
      no later than:                                              August 6, 2024

6. Because the Defendant has pled guilty, the provisions of the Speedy Trial Act do not apply to this request.

IT IS SO STIPULATED.                         Respectfully submitted,

Dated: May 8, 2024                           PHILLIP A. TALBERT
                                             United States Attorney

                                             ___/s/ David W. Spencer_____
                                             DAVID W. SPENCER
                                             Assistant United States Attorney

STIPULATION AND ORDER - CONTINUANCE
PAGE: 2

Dated: May 8, 2024             ___/s/ Mary Ann Bird_____
                               MARY ANN F. BIRD
                               Attorney for RAMON ROBLEDO GARCIA

///

///

## FINDINGS AND ORDER

The Court hereby continues the judgment and sentencing hearing to September 17, 2024, at 9:30 A.M. All dates previously set for the preparation of the Presentence Investigation Report and for the filing of documents with the Court are reset consistent with judgment and sentencing hearing date of September 17, 2024.

IT IS SO ORDERED.

Dated:   **May 10, 2024**          _____/s/ Dale A. Drozd_____
                                    DALE A. DROZD
                                    UNITED STATES DISTRICT JUDGE