Bird & Van Dyke, Inc.
A Professional Law Corporation
David S. Van Dyke, CABN 154402
Mary Ann F. Bird, CABN 206770
2111 W. March Lane
Suite B300
Stockton, CA 95207
Telephone        209.414.3266
Facsimile        209.414.3268
Attorneys for Defendant RAMON ROBLEDO GARCIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,

              Plaintiff,

vs.

RAMON ROBLEDO GARCIA,

              Defendant.

Case No.: 2:23-CR-000314-DAD

STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING HEARING

## STIPULATION

Plaintiff, United States of America, by and through its counsel of record, and Defendant Ramon Robledo Garcia, by and through her counsel of record, hereby stipulate as follows:

1. On January 23, 2024, Defendant pled guilty to the sole count of the Information and the matter was referred to the Probation Office for preparation of a probation investigation report.

2. The matter is presently set for judgment and sentencing on September 17, 2024.

3. Defense notified the Government of the need for additional time to gather, analyze and present information relevant to the Court's consideration of the 18 U.S.C. 3553(a) factors before the imposition of sentence. Having considered defense counsel's request, the

STIPULATION AND ORDER - CONTINUANCE
PAGE: 1

Government has no opposition to the requested date. Similarly, Probation Officer

Miranda Lewis of US Probation also has no opposition to this request.

4. Therefore, by this stipulation, Defense respectfully requests that this Court continue the

date for judgment and sentencing hearing until January 7, 2025.

5. Defense also kindly requests that all dates pertinent to the preparation of the Presentence

Investigation Report be adjusted accordingly to reflect the new sentencing date of

January 7, 2025, as follows:

    a.  Judgment and Sentencing:                  January 07, 2025

    b.  Reply, or Statement of Non-Opposition:     December 31, 2024

    c.  Formal Objections to the Presentence Report
shall be filed with the Court and served on the Probation
Officer and Opposing Counsel no later than:     December 24, 2024

    d.  Final Presentence Report               December 17, 2024

    e.  Counsel's informal written objections shall be
delivered to the Probation Officer and Opposing Counsel
no later than:                         December 10, 2024

    f.  Draft Presentence Report shall be disclosed to counsel
no later than:                         Already Disclosed

6. Because the Defendant has pled guilty, the provisions of the Speedy Trial Act do not

apply to this request.


IT IS SO STIPULATED.                 Respectfully submitted,


Dated: September 9, 2024             PHILLIP A. TALBERT
                                 United States Attorney

                                 ___/s/ David W. Spencer_____
                                 DAVID W. SPENCER
                                 Assistant United States Attorney

Dated: September 9, 2024                          ____/s/ Mary Ann Bird_____
                                                 MARY ANN F. BIRD
                                                 Attorney for RAMON ROBLEDO GARCIA

///

///

## FINDINGS AND ORDER

The Court hereby continues the judgment and sentencing hearing to January 7, 2025, at 9:30 A.M. All dates previously set for the preparation of the Presentence Investigation Report and for the filing of documents with the Court are reset consistent with judgment and sentencing hearing date of January 7, 2025.

IT IS SO ORDERED.

Dated:  **September 10, 2024**   _Dale A. Drozd_____
                                DALE A. DROZD
                                UNITED STATES DISTRICT JUDGE