MICHELE BECKWITH
Acting United States Attorney
ROSS PEARSON
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMON ROBLEDO GARCIA,<br><br>Defendant. | 2:23-CR-00314-DAD<br><br>FINAL ORDER OF FORFEITURE |

On or about May 1, 2024, this Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 18 U.S.C. § 982(a)(1) and Federal Rule of Criminal Procedure 32.2(b)(1), based upon the plea agreement entered into between plaintiff and defendant Ramon Robledo Garcia forfeiting to the United States the following property:

    a. Real property located at 301 E. Pine Street, Lodi, California, San Joaquin County, APN: 043-075-160-000, and
    b. A personal money judgment in the amount of $333,571.18.

Beginning on July 31, 2024, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property, and the

time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the below-listed property pursuant to 18 U.S.C. § 982(a)(1) and Federal Rule of Criminal Procedure 32.2(b)(1), including all right, title, and interest of Ramon Robledo Garcia:

   a. A sub *res* of $150,000.00 plus all accrued interest in lieu of real property located at 301 E. Pine Street, Lodi, California, San Joaquin County, APN: 043-075-160-000, and
   b. A personal money judgment in the amount of $333,571.18.

2. The $333,571.18 personal forfeiture money judgment shall be satisfied by two checks from bank accounts formerly under defendant's control, specifically: (a) Bank of Stockton Official Check No. 4411461 in the amount of $231,257.77 payable to El Rinconcito Inc.; and (b) Bank of Stockton Official Check No. 4411460 in the amount of $102,313.41 payable to El Rinconcito Inc., plus all accrued interest.

3. The above-described checks were deposited by the Internal Revenue Service-Criminal Investigation and will be used to satisfy the $333,571.18 personal forfeiture money judgment described above.

4. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

5. The Internal Revenue Service-Criminal Investigation shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **March 24, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE