Bird & Van Dyke, Inc.
A Professional Law Corporation
David S. Van Dyke, CABN 154402
Mary Ann F. Bird, CABN 206770
3522 Deer Park Drive
Suite A
Stockton, CA 95219
Telephone 209.414.3266
Facsimile 209.414.3268
Attorneys for Defendant Ramon Robledo Garcia

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>RAMON ROBLEDO GARCIA,<br>Defendant. | Case No.: 2:23 CR 000314 DAD<br><br>MOTION TO RELEASE PROPERTY BOND |

On March 20, 2023, Defendant Ramon Robledo Garcia and Ms. Patricia Garcia Morell, Mr. Garcia's daughter, posted a $776,000 property bond with the District Court. The bond is secured by Deed of Trust # 2023-020769 for $376,000 posted by Defendant Ramon Robledo Garcia and Deed of Trust # 2023-020771 for $376,000 posted by Patricia Garcia Morell. Both deeds of trust are recorded in San Joaquin County, California, in the name of the United States District Court. Such deposits were a condition of the Defendant's release on supervised pretrial monitoring during the pendency of the case.

On February 17, 2025, Defendant surrendered into the custody of the Bureau of Prisons, FCI Lompoc II, Lompoc, California, to serve his prison commitment of 18 months. Defendant has completed his custody and is now on supervised release.

During the pendency of this case, Defendant complied with all of the conditions of his bond. Therefore, Defendant now moves this Court to reconvey San Joaquin County Deed of Trust # 2023-020769 to Defendant Ramon Robledo Garcia and Deed of Trust # 2023-020771 to Patricia Garcia Morell.

Respectfully submitted,

Dated: October 19, 2026

___/s/ Mary Ann F. Bird_____________
MARY ANN F. BIRD
Attorney for Defendant Ramon Robledo Garcia

**CERTIFICATE OF SERVICE**

I, Mary Ann F. Bird, certify that on the 19th day of October, 2026, a copy of the foregoing was emailed to AUSA Ross Pearson and AUSA David Spencer, United States Attorney's Office at address: Ross.Pearson@usdoj.gov and David.Spencer@usdoj.gov, and a hard copy was mailed to Mr. Pearson and Mr. Spencer via the United States Postal Service to address: United States Attorney's Office, Robert T. Matsui United States Courthouse, 501 I Street, Suite 10-100, Sacramento, California, 95814.

Dated: October 19, 2026

___/s/ Mary Ann F. Bird_____________
MARY ANN F. BIRD
Attorney for Defendant Ramon Robledo Garcia

**FINDINGS AND ORDERS**

Good cause appearing, it is hereby ordered that San Joaquin County Deed of Trust # 2023-020769 be reconveyed to Defendant Ramon Robledo Garcia and San Joaquin County Deed of Trust # 2023-020771 to Patricia Garcia Morell.

IT IS SO ORDERED.

Dated: **October 22, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE